# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | No. CIV S-09-1770-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JASON BARKER, | |
| Defendant. | |

Pending before the court is a motion to strike (Doc. 4) and a motion to quash service (Doc. 6), which are on calendar for hearing on August 27, 2009, at 10:00 a.m, before the undersigned. Also pending is a motion to remand (Doc. 14). A hearing on the motion to remand was held on August 6, 2009. The undersigned has issued findings and recommendations on the motion to remand, recommending the motion be granted. If the findings and recommendations are adopted, the other pending motions will be rendered moot.

As such, the undersigned finds it appropriate to take the hearing on the motion to strike and motion to quash off calendar. A hearing on these motions will be reset, if appropriate, following resolution of the motion to remand. If appropriate, the court will also issue an order setting a briefing schedule for both motions.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the motion to strike and motion to quash, currently set for August 27, 2009, is vacated; and

2. Following final resolution of the motion to remand, the court will reset the hearing and set a briefing schedule, if appropriate.

DATED: August 6, 2009

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE