## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | No. CIV S-09-1770-GEB-CMK |
| Plaintiff, | |
| vs. | AMENDED ORDER |
| JASON BARKER, | |
| Defendant. | |
| _____/ | |

This civil matter was referred to a United States Magistrate Judge pursuant to an Eastern District of California local rule. On August 7, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. On August 24, 2009, the court issued an order adopting the Magistrate Judge's findings and recommendations. However, that order incorrectly stated that no objection had been filed. Defendant filed an objection on August 21, 2009, which was not entered on the docket until the same day the August 24 Order was filed.

Pursuant to Federal Rule of Civil Procedure 60(a), the court issues this order amending the August 24 Order, since Defendant's objection filed August 21, 2009 was recently received and reviewed.

1         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire
3 file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.

5         Accordingly, IT IS HEREBY ORDERED that:

6         1.    The court's August 24, 2009, order adopting the findings and
7 recommendations filed August 7, 2009, and granting Plaintiff's motion to remand is corrected as
8 addressed above;

9         2.    The findings and recommendations filed August 7, 2009, are adopted in
10 full;

11         3.    Plaintiff's motion to remand (Doc. 14) is granted;

12         4.    This matter is remanded to the Superior Court of California, County of
13 Butte; and

14         5.    All other pending motions are denied for lack of jurisdiction.

15 Dated:  August 25, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge